UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRAGG, an individual,<br><br>                                Plaintiff,<br><br>        v.<br><br>MARTHA BRAGG, an individual;<br>MASK U.S., INC., a California<br>Corporation; and DOES 1–20,<br><br>                                Defendants. | Case No.:  3:25-cv-02602-WQH-MMP<br><br>**ORDER** |

HAYES, Judge:

On October 1, 2025, Plaintiff David Bragg ("Plaintiff") filed a Complaint against Defendants Martha Bragg, MASK U.S., Inc. ("MASK U.S."), and Does 1–20. (ECF No. 1.)

On November 5, 2025, Defendant Martha Bragg filed an Answer. (ECF No. 5.)

On February 27, 2026, Defendant MASK U.S.'s counsel filed a Notice of Withdrawal of Counsel stating that Hoffman & Forde, Attorneys at Law "hereby withdraws as counsel of record for Defendant MASK U.S., Inc., effective upon the Court's approval." (ECF No. 12 at 1–2.) The Court construes the Notice of Withdrawal of Counsel (ECF No. 12) as a motion to withdraw as counsel.

1

"An attorney may not withdraw as counsel except by leave of court, and the decision to grant or deny counsel's motion to withdraw is committed to the discretion of the trial court." *Urias v. Labcorp Peri-Approval & Commercialization Inc.*, No. 23-CV-1815 JLS (MSB), 2023 WL 8845384, at *1 (S.D. Cal. Dec. 21, 2023) (citation omitted); *see also United States v. Carter*, 560 F.3d 1107, 1113 (9th Cir. 2009). In evaluating a motion to withdraw, courts consider: (1) the reasons for withdrawal; (2) the potential prejudice to other litigants; (3) the "harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Leatt Corp. v. Innovative Safety Tech., LLC*, No. 09-CV-1301-IEG POR, 2010 WL 444708, at *1 (S.D. Cal. Feb. 2, 2010) (citation omitted).

Counsel does not provide reasons for withdrawal. The Court finds limited risk of prejudice to other litigants, as the Court is not aware of any settlement discussions between the parties and no substantive motions have been filed. However, the Court notes that an Early Neutral Evaluation conference is scheduled for March, 9, 2026 before Magistrate Judge Michelle M. Pettit. (ECF No. 11.) The Court finds only limited risk of delay or harm to the administration of justice because this case remains in an early stage. Accordingly, the Court finds good cause to grant the motion to withdraw as counsel.

However, corporations "may appear in court only through an attorney." Civ. L.R. 83.3(j); *In re Am. West Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam). Counsel reports that "Hoffman & Forde has provided or will provide reasonable notice to MASK U.S., Inc. and will take reasonable steps to avoid foreseeable prejudice, including promptly surrendering client papers and property and refunding any unearned fees as applicable, consistent with governing rules." (ECF No. 12 at 2.) Counsel does not, however, report that Defendant MASK U.S. has been able to secure new representation. *Id.* The Court concludes that more time is required to allow Defendant MASK U.S. to secure representation. *Ewing v. Gitre*, No. 24-CV-1213-AGS-DDL, 2025 WL 1425551, at *1 (S.D. Cal. May 16, 2025) (giving 30 days to a corporate defendant to secure

3:25-cv-02602-WQH-MMP

representation); *Consumer Fin. Prot. Bureau v. Global Fin. Support, Inc.*, No. 14-CV-2400-GPC-WVG, 2019 WL 3068232, at *2 (S.D. Cal. July 12, 2019) (same).

IT IS HEREBY ORDERED that the Notice of Withdrawal of Counsel (ECF No. 12) is granted pursuant to the following conditions. Dalia Ella Astalos and Michael Drew Dicks of Hoffman & Forde, Attorneys at Law shall be withdrawn as counsel for Defendant MASK U.S. upon the issuance of a subsequent Order thirty (30) days from the filing of this Order and may be withdrawn earlier if alternative counsel for the corporate defendant files a notice of appearance before thirty (30) days has expired. Counsel Dalia Ella Astalos and Michael Drew Dicks continue to represent Defendant Martha Bragg. (*See* ECF No. 12 at 2.)

IT IS FURTHER ORDERED that, no later than seven (7) days from the entry of this Order, counsel from Hoffman & Forde, Attorneys at Law shall file a certificate of service indicating that they have served Defendant MASK U.S. with a copy of this Order.

IT IS FURTHER ORDERED that Defendant MASK U.S. shall have thirty (30) days from the date of this Order to retain new counsel, and for such counsel to file a notice of appearance.

Dated:  March 5, 2026

Hon. William Q. Hayes
United States District Court

3:25-cv-02602-WQH-MMP